**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 07-2122**

VICTOR B. WHITE,

        Plaintiff - Appellant,

    v.

SPORT CLIPS HAIRCUTS, 5424 Forest Drive Suite 118 Columbia SC
29206; SPORT CLIPS HAIRCUTS, 10210B Two Notch Road Columbia SC
29223; SPORT CLIPS HAIRCUTS, 378 Columbiana Drive Suite 3
Columbia SC 29212,

        Defendants - Appellees,

    and

KEITH DARNELL, Statutory Agent,

        Defendant.

Appeal from the United States District Court for the District of
South Carolina, at Columbia. Matthew J. Perry, Jr., Senior
District Judge. (3:06-cv-02142-MJP)

Submitted: May 13, 2008        Decided: June 13, 2008

Before NIEMEYER and DUNCAN, Circuit Judges, and WILKINS, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Victor B. White, Appellant Pro Se. David Eugene Dubberly, Nikole Setzler Mergo, NEXSEN PRUET, Columbia, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Victor B. White appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his employment discrimination claims and his state law claim for defamation. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. White v. Sport Clips Haircuts, No. 3:06-cv-02142-MJP (D.S.C. Oct. 15, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED